**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Millerbernd Systems, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1111854** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **330 6th Street South** **Winsted, MN 55395** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **McLeod** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.millerbernd.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Millerbernd Systems, Inc.**
    Name

          Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Millerbernd Systems, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**      *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Millerbernd Systems, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 23, 2018**
              MM / DD / YYYY

**X /s/ Ralph Millerbernd**                          **Ralph Millerbernd**
Signature of authorized representative of debtor       Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Steven B. Nosek**                            Date   **April 23, 2018**
Signature of attorney for debtor                            MM / DD / YYYY

**Steven B. Nosek 79960**
Printed name

**Steven B. Nosek, P.A.**
Firm name

**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
Number, Street, City, State & ZIP Code

Contact phone   **612-335-9171**        Email address   **snosek@noseklawfirm.com**

**79960 MN**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Millerbernd Systems, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEROTEK, INC. 3689 COLLECTION CTR DR Chicago, IL 60693 | | | | | | $51,433.75 |
| ALFA LAVAL INC. PO BOX 200081 Pittsburgh, PA 15251-0081 | | | | | | $53,985.91 |
| BANK OF AMERICA PO BOX 15710 Wilmington, DE 19886-5710 | | | | | | $62,008.20 |
| CENTERLINE PROCESS PIPING INC. 7001 S LYNCREST PLACE SUITE 200 Sioux Falls, SD 57108-1009 | | | | | | $196,968.00 |
| CENTRAL MCGOWAN, INC. 123 ROOSEVELT RD Saint Cloud, MN 56301 | | 1 TRIFECTA VAPORIZER NITROGEN SYSTEM | | | | $64,491.44 |
| CUSTOM FABRICATION & REPAIR 1932 E 26TH STREET Marshfield, WI 54449 | | | | | | $513,494.77 |
| DEARMOND MANAGEMENT LTD. 2661 QUEENSWOOD DR VICTORIA BC V8N 1X6 CANADA | | | | | | $156,774.83 |

Debtor **Millerbernd Systems, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HEALTHEZ 7201 W 78TH ST BLOOMINGTON, MN 55439 | | | | | | $66,257.11 |
| INDUSTRIAL LOUVERS, INC. 511 S 7TH S Delano, MN 55328 | | | | | | $59,732.00 |
| INTERSTATE POWER SYSTEMS, INC. NW 7244 PO BOX 1450 Minneapolis, MN 55485-7244 | | | | | | $190,340.31 |
| K-WAY EXPRESS, INC. 323 MAIN AVE W PO BOX 266 Winsted, MN 55395 | | | | | | $78,571.56 |
| MCNEILUS STEEL, INC. PO BOX 857008 Minneapolis, MN 55485-7008 | | | | | | $48,475.06 |
| PNEU-MOTION, INC. 3140 104TH LANE BLAINE, MN 55449 | | | | | | $103,058.27 |
| SESCO GLOBAL LIGHTING 222 W MAITLAND BLVD Maitland, FL 32751 | | | | | | $56,589.57 |
| SOMINN MACHINERY SALES 210 S STREET SE Dodge Center, MN 55927 | | | | | | $50,416.00 |
| STOCKTON STAINLESS, INC. 11434 EAST WILLOW ROAD Stockton, IL 61085 | | | | | | $108,875.00 |
| TETRA PAK CPS DEPT CH 10803 Palatine, IL 60055-0803 | | | | | | $58,737.00 |
| UNITED SURFACE PREPARATION 900 LUND BLVD Anoka, MN 55303 | | | | | | $42,257.92 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     **Millerbernd Systems, Inc.**                                     Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ZEPNICK SOLUTIONS, INC. 1310 BROOKFIELD AVE Green Bay, WI 54313** | | | | | | $77,085.17 |
| **ZIEGELBAUER FABRICATION LLC 188 SCOUT RD Mosinee, WI 54455** | | | | | | $169,413.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

ABOX AUTOMATION CORP
45 US HWY 46
UNIT 606
LINCOLN PARK NJ 07035


ABRASIVES INC (BCS)
4090 HWY 49
GLEN ULLIN ND 58631


ACCURATE COMPONENT SALES INC
PO BOX 86
SDS 12-1957
MINNEAPOLIS MN 55486-0343


ACTIVAR PLASTIC PRODUCTS GRP
SDS 12-1144
PO BOX 86
MINNEAPOLIS MN 55486-1144


ADVANCE FITTINGS
218 WEST CENTRALIA ST
ELKHORN WI 53121


AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA GA 30384-8531


AEROTEK, INC.
3689 COLLECTION CTR DR
CHICAGO IL 60693


AIR AUTOMATION ENGINEERING
230 COMMERCE CIRCLE S
MINNEAPOLIS MN 55432


AIRGAS USA, LLC
PO BOX 676015
DALLAS TX 75267-6015

ALFA LAVAL INC.
PO BOX 200081
PITTSBURGH PA 15251-0081


ALLIANCE LIGHTING
9125 GUILFORD RD
SUITE 100
COLUMBIA MD 21046


ALLIED ELECTRONICS
PO BOX 2325
FORT WORTH TX 76113


AMERICAN EXPRESS
PO BOX 360002
FORT LAUDERDALE FL 33336-0002


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001


AMERICAN FLEXIBLE PRODUCTS
124 PEAVEY CIRCLE
CHASKA MN 55318


ANDERSON & DAHLEN, INC.
6850 SUNWOOD DR NW
RAMSEY MN 55303


ANDERSON INSTRUMENT COMP INC
PO BOX 96060
CHICAGO IL 60693-6060


APPLIED COATING TECHNOLOGY
WELLS FARGO 7711
PO BOX 1450
MINNEAPOLIS MN 55485-7711

ASCO
PO BOX 78004
PHOENIX AZ 85062-8004


ASHWORTH BROS. INC
450 ARMOUR DALE
WINCHESTER VA 22601


AVANTI WIND SYSTEMS
5150 TOWNE DR
NEW BERLIN WI 53151


AVESIS THIRD PARTY ADMIN.
ATTN: ACCOUNTS REC.
PO BOX 82718
PHOENIX AZ 85070


AZZ GALVANIZING
800 6TH ST S
WINSTED MN 55395


BALDWIN SUPPLY  COMPANY
601 11TH AVE S
MINNEAPOLIS MN 55415


BANK OF AMERICA
PO BOX 15710
WILMINGTON DE 19886-5710


BARRY & SEWALL
2001 BROADWAY NE
MINNEAPOLIS MN 55413


BERNE SCALE
2206 EDGEWOOD AVE S
MINNEAPOLIS MN 55426

BERNICKS
PO BOX 7457
SAINT CLOUD MN 56302-7457


BESTWAY OF MINNESOTA
18715 30TH ST
WINSTED MN 55395


BLACKHAWK INDUSTRIAL DIST INC
PO BOX 205665
DALLAS TX 75320-5665


BLUCO CORPORATION
1510 FRONTENAC RD
NAPERVILLE IL 60563


BLUCO CORPORATION
3500 THAYER COURT
AURORA IL 60504


BORDER STATES ELECTRIC
NW 7235
PO BOX 1450
MINNEAPOLIS MN 55485-7235


BRAAS COMPANY
7970 WALLACE ROAD
EDEN PRAIRIE MN 55344


BRADLEY K. MILLERBERND
2212 BLAKE AVE
LESTER PRAIRIE MN 55354


BRAUN INTERTEC
NW 7644
PO BOX 1450
MINNEAPOLIS MN 55485

BTM NORTH AMERICA
113 WINNETT ST
WOODSTOCK ON CANADA
N4S 5Z8


BYSTRONIC
200 AIRPOT ROAD
ELGIN IL 60123


C. EMERY NELSON
PO BOX 238
HAMEL MN 55340


C.H. ROBINSON WORLD WIDE INC
PO BOX 9121
MINNEAPOLIS MN 55480-9121


CALIFORNIA STAINLESS TECH
BOX 88241
MILWAUKEE WI 53288-0241


CAPITAL ONE-MENARDS
PO BOX 5219
CAROL STREAM IL 60197-5219


CASSIDY-TRICKER INDUST. SALES
1608 HIGHWAY 13 WEST
BURNSVILLE MN 55337-2210


CE GOBEIL CO. INC
715 RAYMOND AVE
SAINT PAUL MN 55114


CEDAR BOX CO
2012 CEDAR AVE
MINNEAPOLIS MN 55404

CENTERLINE PROCESS PIPING INC.
7001 S LYNCREST PLACE
SUITE 200
SIOUX FALLS SD 57108-1009


CENTRAL HYDRAULICS
1158A HWY 7
HUTCHINSON MN 55350


CENTRAL MCGOWAN, INC.
123 ROOSEVELT RD
SAINT CLOUD MN 56301


CHASE
CARDMEMBER SVCS
PO BOX 94014
PALATINE IL 60094-4014


CHASE AUTO FINANCE
PO BOX 901076
FORT WORTH TX 76101-2076


CHEESE MARKER NEWS
PO BOX 628254
MIDDLETON WI 53562


CHEESE REPORTER
2810 CROSSROADS DR
SUITE 3000
MADISON WI 53718-7972


CINTAS CORPORATION #470
PO BOX 88005
CHICAGO IL 60680-1005


CINTAS CORPORATION-FIRST AID
PO BOX 631025
CINCINNATI OH 45263-1025

CITIBUSINESS CARD
PO BOX 78045
PHOENIX AZ 85062-8045


CLASS C COMPONENTS
6825 SUNWOOD DRIVE NW
RAMSEY MN 55303


CLOVIS EQUIPMENT & SUPPLY CO
821 E SECOND
PO BOX 946
CLOVIS NM 88102


CMH WELDING, LLC
85 SOUTH 880 WEST
PAUL ID 83347


COKATO PARTS CITY AUTO PARTS
500 W COKATO ST
PO BOX 505
COKATO MN 55321


COLONIAL LIFE
PREMIUM PROCESSING
PO BOX 903
COLUMBIA SC 29202-0903


COLUMBIA PIPE & SUPPLY CO
23671 NETWORK PLACE
CHICAGO IL 60673-1236


CONKLIN FABRICATION, LLC
16622 110TH ST SE
BECKER MN 55308


CROWN PLASTICS INC.
12615 16TH AVE N
PLYMOUTH MN 55441

CSI
2700 N PARTNERHSIP BLVD
SPRINGFIELD MO 65803


CULLINAN RIGGING & ERECTING
6815 MCKINNLEY ST NW
RAMSEY MN 55303


CUSTOM FABRICATION & REPAIR
1932 E 26TH STREET
MARSHFIELD WI 54449


DEARMOND MANAGEMENT LTD.
2661 QUEENSWOOD DR
VICTORIA BC V8N 1X6
CANADA


DONALDSON CO.
96869 COLLECTION CTR DR
CHICAGO IL 60693


DONE RITE POWDER COATING LLC
945 5TH AVE SE #7
HUTCHINSON MN 55350


DOVEX SS INC.
770 TOWER DRIVE
MEDIA MN 55340


DRIVER & VEHICLE SERVICES
PO BOX 64587
SAINT PAUL MN 55164-0587


ECO FINISHING CO.
5100 INDUSTRIAL BLVD
FRIDLEY MN 55421

ECOLAB
PO BOX 70343
CHICAGO IL 60673-0343


ECPH
1825 BRINSTON RAOD
TROY MI 48083


ELITE STAINLESS LLC
18590 41ST AVE SE
ATWATER MN 56209


ELITE TRANSPORTATION SYSTEMS
9101  DAVENPORT STREET NE
BLAINE MN 55449


ENDRESS & HAUSER CO
C/O MILLER MECHANICAL
PO BOX 1613
DES MOINES IA 50305


ENDRESS HAUSER CO.
DEPT 78795
PO BOX 78000
DETROIT MI 48278-0795


ETTERMAN ENTERPRISES
PO BOX 1152
WILLMAR MN 56201


FANTOM WIRE INC
15777 JARVIS STREET N
ELK RIVER MN 55330


FASTENAL COMPANY
PO BOX 1286
WINONA MN 55987-0978

FEDERATED INSURANCE
PO BOX 64304
SAINT PAUL MN 55164


FEDEX FREIGHT
DEPT CH
PO BOX 10306
PALATINE IL 60055-0306


FERGUSON ENTERPRISES, INC.
2350 WEST COUNTY ROAD C
ROSEVILLE MN 55113


FIRST AMERICAN EQUIP FINANCE
1801 W OLYMPIC BLVD
PASADENA CA 91199


FLOUR CITY BENDING, INC.
19909 INDUSTRIAL DR NW
BIG LAKE MN 55309


FLOWTREND INC.
PO BOX 590690
HOUSTON TX 77259


FORKLIFTS OF MINNESOTA, INC.
2201 W 94TH STREET
BLOOMINGTON MN 55431


FORTRESS TECHNOLOGY
PO BOX 33092
DETROIT MI 48232-5092


FRISTAM PUMPS, INC.
PO BOX 686611
CHICAGO IL 60695-6611

G&K SVC TEXTILE LEASING SYS
PO BOX 842385
BOSTON MA 02284-2385


GARELICK STEEL COMPANY
1900 NORTH 2ND STREET
MINNEAPOLIS MN 55411


GEXPRO SERVICES
PO BOX 403091
ATLANTA GA 30384-3091


GLENN'S SUPER VALUE
PO BOX 56
WINSTED MN 55395


GLOBAL SHOP SOLUTIONS
DEPT 701
PO BOX 2265
HOUSTON TX 77252-2265


GOPHER STATE FIRE EQUIPMENT CO
PO BOX 16332
MINNEAPOLIS MN 55416


GRAYBAR ELECTRIC COMPANY
2300 EAST 25TH STREET
MINNEAPOLIS MN 55406


GS SYSTEMS INC.
175 NORTH PATRICK BLVD
SUITE 110
BROOKFIELD WI 53045


GUY METALS, INC.
29379 NETWORK PLACE
CHICAGO IL 60673-1293

H&F MANUFACTURING, INC.
8949 ZACHARY LANE N
MAPLE GROVE MN 55369


HARTFIEL AUTOMATION
NW 6091
PO BOX 1450
MINNEAPOLIS MN 55485-6091


HARTWIG CONTROL SYSTEMS
135 LINDEN AVENUE
PO BOX 901
WINSTED MN 55395


HEALTHEZ
7201 W 78TH ST
BLOOMINGTON MN 55439


HEWLETT-PACKARD FIN SVCS CO
200 CONNELL DR
SUITE 5000
BERKELEY HEIGHTS NJ 07922


HOLIDAY INN EXPRESS-CLOVIS
4728 N PRINCE STREET
CLOVIS NM 88101


HOST STAINLESS SERVICES
68081 E HWY 55480
4TH ST NW
WATKINS MN 55389


IEWC CORP
PO BOX 88545
MILWAUKEE WI 53288-0545


IFM EFECTOR
PO BOX 8538-307
PHILADELPHIA PA 19171-0307

IGUS, INC.
PO BOX 14349 EAST
EAST PROVIDENCE RI 02914


IMTRON CORPORATION
9901 VALLEY VIEW RD
EDEN PRAIRIE MN 55344


INDUSTRIAL LOUVERS, INC.
511 S 7TH S
DELANO MN 55328


INDUSTRIAL PAINTING SPECIALIST
5858 152ND STREET NORTH
HUGO MN 55038


INDUSTRIAL STAINLESS SUPPLY IN
7702 GARDNER DR
UNIT 102
NAPLES FL 34109


INNOTEK CORPORATION
9140 ZACHARY LANE N
MAPLE GROVE MN 55369


INNOVATIVE FLUID POWER
PO BOX 10107
CEDAR RAPIDS IA 52401


INTERNATIONAL DAIRY FOOD ASSN
1250 H STREET
SUITE 900
WASHINGTON DC 20005


INTERSTATE POWER SYSTEMS, INC.
NW 7244 PO BOX 1450
MINNEAPOLIS MN 55485-7244

INTERTEK TESTING SERVICES
PO BOX 405176
ATLANTA GA 30384-5176


INTRALOX INC
PO BOX 730367
DALLAS TX 75373-0367


J&W INSTRUMENTS, INC.
4800 MUSTANG CIRCLE
NEW BRIGHTON MN 55112


JANET MILLERBERND
124 EAST LAKE STREET
WINSTED MN 55395


JMS CUSTOM SERVICES, INC.
590 MAIN AVE W
PO BOX 280
WINSTED MN 55395


JOHN HENRY FOSTER MINNESOTA
MI 23
PO BOX 64194
SAINT PAUL MN 55164-0194


JTH LIGHTING
6885 146TH STREET W
APPLE VALLEY MN 55124


K-WAY EXPRESS, INC.
323 MAIN AVE W
PO BOX 266
WINSTED MN 55395


KATHI LAZARRE
DBA T&T SERVICES
14943 CTY RD 30 SW
COKATO MN 55321

KENNEDY SCALES
11485 XEON ST NW
COON RAPIDS MN 55448


KINEQUIP INC
365 OLD NIAGARA FALLS BLVD
BUFFALO NY 14228


KLC FINANCIAL, INC.
3514 COUNTY RD 101
MINNETONKA MN 55345


KRAVITZ COMPANY LLC
920 9TH AVENUE SOUTH
PARK FALLS WI 54552


KUBASCH EXCAVATING INC.
210 NORTH 6TH STREET
WINSTED MN 55395


LAKE REGION CORP
240 COKATO STREET EAST
COKATO MN 55321


LAKES GAS COMPANY #11
BOX 325
SILVER LAKE MN 55381-0325


LESMAN
135 BERNICE DR
BENSENVILLE IL 60106-3366


LESTER PRAIRIE LIONS
C/O TROY FELTMAN
PO BOX 811
LESTER PRAIRIE MN 55354

LIEBOVICH STEEL & ALUM IOWA
PO BOX 1779
CEDAR RAPIDS IA 52406


LINCOLN SUPPLIERS
1225 COUNTY ROAD 45 NORTH
PO BOX 546
OWATONNA MN 55060


LINDERS SPECIALTY COMPANY INC
432 ATWATER STREET
SAINT PAUL MN 55117


LITCHFIELD MACHINE WORKS
1213 JARMON PLACE
MINNEAPOLIS MN 55403


LORIE A. KLEIN
FAFINSKI MARK & JOHNSON PA
775 PRAIRIE CTR DR #400
EDEN PRAIRIE MN 55344


LUMENPULSE
1751 RICHARDSON, #1505
MONTREAL QC
CANADA H3K 1G6


LYCO WAUSAU, INC.
1574 HILLCREST RAOD
PHILLIPS WI 54555


M. VINCENT & ASSOCIATES
9341 PENN AVE
MINNEAPOLIS MN 55431


MACHINE TOOL SUPPLY
3150 MIKE COLLINS DRIVE
SAINT PAUL MN 55121

MACHINERY FIN RESOURCES LLC
651 DAY HILL RD
WINDSOR CT 06095


MACHINEWELL, INC.
115 WEST STATE STREET
PO BOX 157
GRYGLA MN 56727


MAGNETROL INT., INC
8576 SOLUTION CENTER
CHICAGO IL 60677-8055


MASTER PACKING & RUBBER CO
6430 4TH ST SW
CEDAR RAPIDS IA 52404


MAYR CORPORATION
10 INDUSTRIAL AVE
MAHWAH NJ 07430


MCDONOUGH TRUCK LINE
3115 INDUSTRIAL DR
FARIBAULT MN 55021


MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO IL 60680-7690


MCNEILUS STEEL, INC.
PO BOX 857008
MINNEAPOLIS MN 55485-7008


MCNICHOLS COMPANY
PO BOX 101211
ATLANTA GA 30392-1211

MECHATRONIC SOLUTIONS
10900 73RD AVE N #132
MAPLE GROVE MN 55369


METAL TREATERS, INC.
859 N PRIOR AVE
SAINT PAUL MN 55104


METALFLEX INC.
2932 ELM POINT IND DR
SAINT CHARLES MO 63301


METRO SALES, INC.
1620 E 78TH STREET
MINNEAPOLIS MN 55423


MIDWEST INDUSTRIAL TOOL GRIND
PO BOX 549
HUTCHINSON MN 55350


MIDWEST MACHINE TOOL
230 COMMERCE CIRCLE S
MINNEAPOLIS MN 55432


MIDWEST RUBBER SERV & SUPPLY
14307-28TH PLACE N
MINNEAPOLIS MN 55447


MIDWEST STEEL AND ALUMINUM
14255 JAMES ROAD
ROGERS MN 55374


MINNESOTA VACUUM
1906 13TH STREET NW
FARIBAULT MN 55021

MIT INC.
1702 WEST BOAT STREET
OZARK MO 65721


MORRIS GROUP, INC.
NW 7968-11
PO BOX 1450
MINNEAPOLIS MN 55485-7968


MPMA
5353 WAYZATA BLVD
SUITE 350
MINNEAPOLIS MN 55416


MRA-THE MANAGEMENT ASSOC
N19
W24400 RIVERWOOD DR
WAUKESHA WI 53188


MSC INDUSTRIAL SUPPLY CO
PO BOX 953635
SAINT LOUIS MO 63195-3635


NAPA AUTO PARTS
PO BOX 656
WINSTED MN 55395


NEOFUNDS BY NEOPOST
PO BOX 30193
TAMPA FL 33630-3193


NEOPOST GREAT PLAINS
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

NEOPOST USA-MAIL FINANCE
DEPT 3689
PO BOX 12689
DALLAS TX 75312-3689


NESS LLC
181 N 1ST STREET
PO BOX 943
WINSTED MN 55395


NEWMAN SANITARY GASKET CO
PO BOX 222
LEBANON OH 45036


NORFOLK IRON & METAL CO
PO BOX 1129
NORFOLK NE 68702-1129


NORTHERN SAFETY COMPANY, INC.
PO BOX 4250
UTICA NY 13504-4250


NORTHERN STATES SUPPLY, INC.
PO BOX 1057
WILLMAR MN 56201-1057


NORTHLAND FASTENING SYSTEMS
380 RIVERTON DR
SUITE 800
WOODBURY MN 55125


NORTHLAND PROCESS PIPING INC
1662 320TH AVENUE
ISLE MN 56342


NOTT COMPANY
4480 ROUND LAKE RD W
ARDEN HILLS MN 55112

NYS CHEESE MFRS ASSOC
JANENE LUCIA
PO BOX 348
DRYDEN NY 13053


PATTON INDUSTRIES
8410 PILLSBURY AVE S
BLOOMINGTON MN 55420


PETER N. GLASS & ASSOCIATES
2621 ARMENTROUT DR
PO BOX 1644
CONCORD NC 28025


PFC EQUIPMENT
9366 DEERWOOD LANE
MAPLE GROVE MN 55369


PHILEX INDUSTRIAL
7700 MARTH CT
MINNEAPOLIS MN 55439-2626


PIEHL HANSON BECKMAN PA
700 S GRADE RDSW
HUTCHINSON MN 55350


PLATEAU
PO BOX 9000
CLOVIS NM 88102-9090


PLUNKETT'S PEST CONTROL, INC.
40 NE 52ND WAY
FRIDLEY MN 55421-1014


PNEU-MOTION, INC.
3140 104TH LANE
BLAINE MN 55449

POLYTANK CORPORATION
62824 - 250TH STREET
LITCHFIELD MN 55355


POWDER COAT TECHNOLOGY
14920 - 28TH AVE N
PLYMOUTH MN 55447


POWER/MATION DIVISION
PO BOX 860314
MINNEAPOLIS MN 55486-0314


PR ELECTRONICS
1229 NORTH BRANCH ST
SUITE 312
CHICAGO IL 60642


PRECISION INC (KOFAB)
PO BOX 801320
KANSAS CITY MO 64180-1320


PRECISION STAINLESS
921 INDUSTRIAL ROAD
CALEDONIA MN 55921


PREMIUM WATERS, INC.
PO BOX 9128
MINNEAPOLIS MN 55480-9128


PREPAID LEGAL SERVICES
PO BOX 2629
ADA OK 74821-2629


PRESSURE PRODUCTS CO, INC
4540 WASHINGTON ST
CHARLESTON WV 25313

PRESTON LAKE MACHINE & TOOL
83650 COUNTY RD 20
STEWART MN 55385


PROTO-TYPE MACHINE
PO BOX 150
NEW RICHMOND WI 54017


QUALITY METALS
2575 DOSWELL AVE
SAINT PAUL MN 55108


QUALITY TANK SOLUTIONS
652 ARMOUR ROAD
OCONOMOWOC WI 53066


QUEST ENGINEERING
2300 EDGEWOOD AVENUE S
MINNEAPOLIS MN 55426


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA PA 19101-0600


RALPH J. MILLERBERND
124 LAKE AVE E
WINSTED MN 55395


RAM BUILDINGS SUPPLY
PO BOX 660
WINSTED MN 55395


RAPID PACKAGING
8700 109TH AVE N
CHAMPLIN MN 55316

REISER
725 DEDHAM STREET
CANTON MA 02021


RICHARDSON ELECTRONICS LTD
40W267 KESLINGER RAD
PO BOX 393
LAFOX IL 60147


ROBERT JAMES SALES
PO BOX 7999
BUFFALO NY 14225


ROSEMOUNT, INC.
EMERSON PROCESS MGMT
8200 MARKET BLVD
CHANHASSEN MN 55317


RUSSELL METALS
PO BOX 78661
MILWAUKEE WI 53278-0661


RYERSON TULL
24487 NETWORL PLACE
CHICAGO IL 60673-1244


SAGINAW CONTROL & ENGINEERING
CORPORATE OFFICE
95 MIDLAND RD
SAGINAW MI 48638-5770


SAMUELSON SALES, INC.
8251 MAIN STREET NE
SUITE 101
MINNEAPOLIS MN 55432

SECURITY BANK & TRUST CO.
735 11TH ST E
PO BOX 218
GLENCOE MN 55336-0218


SENSORS, INC.
507 KELSEY STREET
DELANO MN 55328


SESCO GLOBAL LIGHTING
222 W MAITLAND BLVD
MAITLAND FL 32751


SETH J MOEN
DVORAK LAW GROUP LLC
13625 CALIFORNIA ST #110
OMAHA NE 68154


SOMINN MACHINERY SALES
210 S STREET SE
DODGE CENTER MN 55927


SORENSEN'S SALES & RENTALS
PO BOX 489
HUTCHINSON MN 55350


SPESCO, INC.
951 PIERCE BUTLER ROAD
SAINT PAUL MN 55104


ST. MARY'S CARE CENTER
ATTN: TOM OLLIG
551-4TH ST N
WINSTED MN 55395


STEARNS BANK
PO BOX 750
ALBANY MN 56307-0750

STEARNSWOOD
320 3RD AVE NW
HUTCHINSON MN 55350


STOCKTON STAINLESS, INC.
11434 EAST WILLOW ROAD
STOCKTON IL 61085


SWAGELOK MINNESOTA
321 LAKE HAZELTINE DR
CHASKA MN 55318


T&A INDUSTRIAL DISTRIBUTORS
PO BOX 1330
BROOKFIELD WI 53008-1330


T-MOBILE
PO BOX 790047
SAINT LOUIS MO 63179


T.J.'S PAINTING
13180 50TH STREET
WATERTOWN MN 55388


TARGETTI USA
750-A
W. 7TH STREET
COSTA MESA CA 92627


TCIC, INC.
628 MENDELSSOHN AVE N
GOLDEN VALLEY MN 55427


TDS TELECOM
PO BOX 94510
PALATINE IL 60094-4510

TDSNET-INTERNET SERVICES
PO BOX 94510
PALATINE IL 60094-4510


TETRA PAK CPS
DEPT CH 10803
PALATINE IL 60055-0803


TETRA PAK INC.
DEPT CH 10803
PALATINE IL 60055-0803


TMS JOHNSON, INC.
2908 NEVEDA AVE N
NEW HOPE MN 55427


TRI COUNTY WATER CONDITIONING
PO BOX 65
HUTCHINSON MN 55350


TRUMPF, INC.
DEPT. 135
PO BOX 150473
HARTFORD CT 06115-0473


TULSA LIGHTING SALES
11420 E 20TH ST
TULSA OK 74128


TW METALS
PO BOX 933014
ATLANTA GA 31193-3014


UL LLC-NORTHBROOK OFFICE
75 REMITTANCE DRIVE
SUITE 1524
CHICAGO IL 60675-1524

ULINE
PO BOX 88741
CHICAGO IL 60680-1741


ULTRA IMAGE
20060 177TH STREET
BIG LAKE MN 55309


UNDERWRITERS LABORATORIES, INC


UNDERWRITERS LABORATORIES, INC
75 REMITTANCE DR
SUITE 1524
CHICAGO IL 60675-1524


UNITED BUSINESS FORMS
260 PRIVATE ROAD 8180
WOODVILLE TX 75979


UNITED SURFACE PREPARATION
900 LUND BLVD
ANOKA MN 55303


UNIVERSAL AIR FILTER CO
29121 NETWORK PLACE
CHICAGO IL 60673-1291


USABLE LIFE
PO BOX 204678
DALLAS TX 75320-4678


VALOR COMPANY
100 EAST STATE STREET
BELLE PLAINE MN 56011

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY PA 18002-5505


VIKING MATERIALS
3225 COMO AVENUE SE
MINNEAPOLIS MN 55414


WALKER STAINLESS EQUIPMENT LLC
625 STATE STREET
CAROL STREAM IL 60197-8569


WATERS INDUSTRIAL
1525 NORTH BARKER ROAD
PO BOX 805
BROOKFIELD WI 53008


WELLS FARGO
PO BOX 6415
CAROL STREAM IL 60197-6415


WELLS FARGO -GE CAPITAL
PO BOX 51043
LOS ANGELES CA 90051-5343


WERNER ELECTRIC CO
PO BOX 856890
MINNEAPOLIS MN 55485-6890


WEST CENTRAL STEEL
PO BOX 1178
WILLMAR MN 56201-1178


WESTERN NATIONAL MUTUAL INS CO
PO BOX 59184
MINNEAPOLIS MN 55459-6184

WILSON MFG CO
HIGHWAY 75 NORTH
PO BOX 366
PIPESTONE MN 56164


WINSTED CHAMBER OF COMMERCE
PO BOX 352
WINSTED MN 55395


WINSTED FARMERS COOP CREAMERY
PO BOX 216
WINSTED MN 55395


WISCONSIN CHEESE MAKERS ASSN
8030 EXCELSIOR DR #305
MADISON WI 53717


XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477


YRC FREIGHT
PO BOX 93151
CHICAGO IL 60673-3151


ZEP MANUFACTURING COMPANY
13237 COLLECTIONS CENTER DR
CHICAGO IL 60693


ZEPNICK SOLUTIONS, INC.
1310 BROOKFIELD AVE
GREEN BAY WI 54313


ZIEGELBAUER FABRICATION LLC
188 SCOUT RD
MOSINEE WI 54455

# United States Bankruptcy Court
### District of Minnesota

In re   **Millerbernd Systems, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Millerbernd Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 23, 2018**

Date

**/s/ Steven B. Nosek**

**Steven B. Nosek 79960**

Signature of Attorney or Litigant

Counsel for   **Millerbernd Systems, Inc.**

**Steven B. Nosek, P.A.**
**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
**612-335-9171 Fax:612-789-2109**
**snosek@noseklawfirm.com**